"₅# 's 19Mi-JU0023
19Mi-JU0024
19Mi-JU0025

19Mi-JR00023
19Mi-JR00024
19Mi-JR00025

Family Support
ase #'s 71746246

RECEIVED

FEB 0 7 2020

BY MAIL

33ʳᵈ Judicial Circuit Court   Date: 01/22/2020
Juvenile/Family Court Miss and Scott Co.
131 S. Winchester St. Benton, Mo. 63736
200 N. Main Charleston, Mo. 63834
Hon. S. Rob Barker   Phone # (573) 683-2146

UNITED STATES DISTRIC COURT          " U.S Supreum(court)
EASTERN DISTRIC OF MISSOURI           Jefferson City, MO
HON. RODNEY W. SIPPEL, CHEIF JUDGE    Washington D.C.
GREGORY J. LIN HARES, CLERF OF COURT          20500
        Fax #: (314) 244-7909

"UNDER OATH"   [signature]   "Cert Petition"

Solemly swear that on the 19ᵗʰ Day of January in 2020,
we petition the court for the following reasons or statures, or
Constitution. 18 U.S.C. § 242; 18 U.S.C. § 245; 42 U.S.C. § 1983; 28 U.S.C. § ₁₄₄ (c)
28 U.S.C. § 1391(b)(3); 18 U.S.C. § 2234 "Authority exceeded in excuting a warrant" 1940;
Chapter 73  18 U.S.C. 347 U.S. 643 (1961) Sarbanes-Oxley Act; § 53a-63 "Reckless endangerment
1ˢᵗ degree; 18 U.S.C. § 3283 Penal code § 82-04 "offense against children injury to a child
(FTCA) 28 U.S.C. §§ 2671-2680; 28 U.S.C. 1346(b)(1)(c)(e)(f)(g) U.S. Distric Courts exclsus
jurisdiction; Title II ADA Disabled arent incapable or unworthy of participating in commen
llfe; 28 U.S.C. § 2107(1) Time for appeal to court of appeals (2); Supreme COURT RULE
59 OF 1959 # 24 GROUNDS OF REVIEW of proceedings of inferior courts (1)(a)(b)(c)(d);
40 Offences relating to excution (c)(i); 37-202; 6.1 Noble cause corruption

1) Motions to be entered and heard, be made of record on this day of
(LAWFUL DEMAND TO ENTER THIS ON AND TO THE RECORD THEN AND NOW)
entry then and now.  Subject matter venue to EASTERN U.S DISTRICT COURT Missouri St. Louis U.S. Supru

:) Motion to release property, good, commodities, inherantance, (court, Washing)
of court, of phisical and legal custody, also present before the court of
this nature of this subject matter be released before us then and now as
a lawful demand. Transfering subject matter jurisdiction to whom and
where it is of nature for it to belong: Eastern Distric Court United States
Missouri; U.S. supram court washington D.C. cause of it nature that what happened then and now is within
nature, statue, jurisdidtion, and venue from this subject matter, so it will be
& non-bias, impartial and in neutral magstate and venue, LAWFULLY STATE
that it not of unreasonable, unlawful, terms.

) Motion of Disclosure for reasons of same nature to have any informa-
tion, document, items, or testimony that has been in or before the court
as subject matter. Any knowledge, papers or wisdom of any sort to be

departments, divison, county, or authority has and that proceedix with such subject matters to file complaint and permission foom EASTERN U.S. DISTRICT COURTS MISSOURI (ST. LOUIS) Cheif Judge Hon. Rodne Sippel to proceed. Notice and state also that, this county, district, or region of Southeast Missouri, don't hold lien, contract, nor consent on this subject matter, nor any property, goods, subject matter, jurisdiction venue, first and for most, simply that it is not impartial, non-bias, or neutral in any circumstance then and now.

5.) Motion to proceed w/out paying filling fees, that all granted will in return be act with or in good faith on behalf to this subje matter. Only dae what's done and used on this subject matter toward us. Proceed in lawful, rightful, stern manner, to have that day in cour, to be heard, un-fearful, honest to anything of our knowledge to stat as facts to best of our ability. Stead-fast, to the point, not manip anything, nor dragging it out, nor trying to do unto anyone we wan onto our selves, as families, livlyhood, careers, reputations, and dedicat has been poured into this regardless of intentions, we won't act as nueciance, un-professional, or act because of personal gain as to get my back for any actions taken then and now. Only to do to best of my ability to gain, recieve, inherant, re-gein or anything in that nature with ut-most, respect, morals endivu of all being, persons, or groups of any involved in this subject matter. We do plan to get justice in full-fair way that living-man knows how with-out being indulgent or tresspass nor sinful way. That both you and we are to be able to b responsible, obtain, and uphold our roles as we know. As what we know and have are the treasures of the world (Children) Under GOD! → 2 more motions

Respectfully Petitioning,
Judicial corruption/misconduct; System corruption ALLEN D. CARLYLE JR.: A.P. Brady Rule, Legal Abuse, political corruption; prosecutional misconduct; spoliation of evidence, negligent withholding; police force policing itself, and much more.

6.) Rule 60(6) motion for relief from a judgment or order Advancing New Evidence through Federal Rule of Procedure 62.1 and Federal Rule of Appellate Procedure 12.1. Remedy Rule 62.1 seek an "idicative ruling" from the distric court as to weather it would grant a motion which it no longer has jurisdiction. In other words district court can consider a motion based on New evidence and advise if it would rule favorably if it actually had jurisdiction.

7.) Motion for writ of (cert) certiorari Article III, Section II of Constitution establishes the jurisdiction (legal ability to hear a case) The court has appellate jurisdiction (the court has appellate jurisdiction (the court can hear the case on appeal) on almost any other case that involves a point of constitution and or/ Federal Law. Includes case which United States is a party. Rule 62.1 and FRAP 12.1 This does not mean, however, that appellate review of new evidence is forclosed. To contrating, A Rule 62.1 motion constitutes a final order that can also be appealed. Ideally, the distric court ruling will be made in time for the rule 62.1 appeal to be consolidated with the initial appeal – a measure that can perserve costs as in United St ex rel Lockey V. City of Dallas 526 F. App'x 431, 434 (5t 2014) Consolidating appeal of Rule 62.1 motion and review under an abuse of discretion.

U.S. Supream Court
Washington D.C. 20500

By: ALLEN D. CARLYLE JR.: Auth Rep.
312 N. Center St. Apt 4
East Prairie, Missouri 63845

United States Distric Court
Easter Distric of Missouri

Case #'s: 19MI-JU00023
19MI-JU00024
19MI-JU00025

19MI-JR00023
19MI-JR00024
19MI-JR00025

D #'s: 71746246
31742929

Advancing New Evidence through
Federal Rule of Civil Proceedure 62.1
and
Federal Rule of Appellate Proceedure 12.1

(Supream Court)
Rule 60(b) motion for relief from
judgement or order
Remedy
Rule 62.1

This permits a litigant to seek a "indicative ruling" from the distric court as to weather it would grant a motion which it no longer has jurisdiction. In other words distric court can consider a motion base on new evidence and advise if it would rule favorably if it actually had jurisdiction. Thus, for evidence is truly "new" the appropriate proceedure is set forth in Rule 62.1 and FRAP 12.1. This does not mean, however, that appellate review of new evidence is forclosed. To contrary, a Rule 62.1 motion constitutes a final order that can also be appealed. As a result, a party that truly believes new evidence would sway the result can still have that evidence considered through seperate appeal. Ideally, the distric court ruling will be made in time for the Rule 62.1 appeal to be consolidated with the initial appeal, a measure that can perserve costs, as in United States ex rel Lockey v. City of Dallas 576 F. APP'x 431, 434 (5ᵗʰ Cir. 2014 consolidating appeal of Rule 62.1 motion and reviewing under an abuse of discretion.

Motion for a writ of (Cert) certioari Article III, Section II of constitution establishes the jurisdiction (legal ability to hear a case The court has appellate jurisdiction (the court can hear the case on appeal) on almost any other case that involves a point of constitution and/or Federal Law, Includes case which United States is a party.

Case #'s   19M1-JU00024
19M1-JU00024   02/05/2020
19M1-JU00025   Scott Miss Counties 33rd Judical
19M1-JR00023   Circuit Court Family/Juvenille/Probate
19M1-JR00024   Courthouse Administration
19M1-JR00025

GO case #'s
71746246   ATT: Hon. S. Rob Barker, Circuit Clerk Dottie McKenzie
51742929   Deputy Clerk Jessica Drinkwater and all other
officers of court involved.

"UNDER OATH"   (Supream Court Rule 74.03)
BY: ALLEN D CARLYLE JR/Auth Rep /Allen D C   :Benificary

Solomly swear that on 5th day of Febuary 2020'
we are enter "Cert Petition" and all motions along
with paper copy of phsical evidence of tazzer cartridges
serial numbers and search warrant, Advancing New Evidence
through Federal Rule of Civil Proceedure 62.1
Federal Rule of Appellate Proceedure 12.1. Supream Court
Rule 60(b) relief of judgment or order, ill motions in cert
petition, along with Federal Cover Shelts, Application to
proceed without paying filling fees, along with all statues,
local, state, Supream court rules, Federal Law, proceedures,
contitution amendments, or any other law that may apply.
Lautfully enter and ask to provide court date before
3rd of March when Administrative Hearing takes
place 8:30 a.m. Also entering Affidavit of truth that
was filed on 20th of December, along with complaint to
U.S. Distric Court (Missouri) "St.Louis/Cape Giradeaw, also
to Jefferson City Supream Court/Washington D.C. for
any facts we may have forgot to state, should be with this, or
in other documents, papers, that this is with. Pray that court
takes all thats entered with seriousness, with GOD
gaiding them in their hearts to make or decide these
entry's.

Respectfully Entering
BY: ALLEN D CARLYLE JR: Auth Rep

Rules, Statues, U.S.S., §, constitution; 18 U.S.C. § 242; 18 U.S.C. § 243
42 U.S.C. § 1983; 28 U.S.C. 144(c); 28 U.S.C. 1391(b)(3); 18 U.S.C. § 2234
"Authority exceeding in excuting a warrant" 1940; Chapter 73 18 U.S.C. 3
U.S. 643 (1941) Sarbanes-Oxley Act; § 53a-63 "Reckless endangerm
of Child 1st degree; 18 U.S.C. 3283 penal code § 22.04 "offense agai
children injury to a child (FTCA) 28 U.S.C. § § 2671-2680; 28 U.S.C.
1346(b)(1)(c)(e)(f)(g) U.S. Distric Courts exclusive jurisdiction; Title II ADA
"Disabled aren't incapable or unworthy of participating in community
life; 28 U.S.C. § 2107(1) Time for appeal to court of appeals (2);
Supream Court Act 59 of 1959 24 Grounds of Review of proceedings
of interior courts (1)(a)(b)(c)(d)(2) 40 offenses relating to exeution (c)
§ 7-202; 6.1 Noble cause corruption.

04. ALLEN D. CARLYLE JR: Auth
Rep:
312 N. Center St. Apt 4
East Prairie, Missouri 63845
allencarlyle84@gmail.com
mistycarlyle31@gmail.com

February
1st 2020

Cell#: (573) 703-7094

Dear _____,

Article III Section II of the Constitution establishes the jurisdiction (legal ability to hear a case) of the Supream Court.

President Donald J. Trump, we are respectfully writting this letter, sending these court and other documents trying to save the overall system we are living facing now, in all are courts in United States. Knowing that we are all living - man, women and children we're not perfect, and by the system (Judicial), officers of courts not completly letting GOD guide-them in their hearts, allowing corruption and malisious conduct during the process to occur. GOD, when he judges us, its not to persercute, be little us, or harmful, only to love, trust, correct, kind in nature, letting all living man-women (Flesh) blood pumps and flows have the reigh with GOD flowing in their hearts. Not using thoughts, ideas, punishment and decisions of living man/women (Flesh) only. We believe that us, along with all Faithful Christians in this world could make it "great again," Mr Trump we believe "you" was in "GOOD FAITH" to the best of your ability, think "you" are doing a Fine (Great) job and if mistakes are made or have been made who hasn't we are (Flesh) living - man, and if so your heart we're sure was in the right place with GOD! Our family, our life is not perfect, as we know we're living - man, women the blood pumps, it flows, thats why we know sacrifice was made for us all, Jesus Christ, even if some living man/women never being born again through Jesus Christ, thats why and when free will comes to existance, We want to be heard, treated with dignity, not to be pushed around, undermineded, mistreated, un-equ until they realize it's not who we are, then go to next

code of law, coerese, controll, sign contract, making us jump threw hoops, being slaves of courts, for personal gain, or for whatever other reasons, being malisious cause you want due process, rights, respect, as they would want if they were in that seat, we're sitting in, make most of us end the fight to become slaves of the court for many reasons, and all living-being regardless of race, disability, wealth or age. We continue to fight for our rights, morals, vaules, lawful process without us needing to be fearful of actions taken against us, only trying to have a understaning of this world with GOD in our hearts, "GOOD FAITH", believe, apply, and live to the best of our ability, in a stead-fast manner to be heard. The (Judicial) system has made whats righteous common sence, common law, lawful slystem, into a complex mess. Court systems trying to make us believe or do things that are lawful, telling us their not lawful, preying on us all as we know, destroying everything that it represents and serves us for. The Judicial Court system is mostly for High Crimes and lawful "GOOD FAITH" matters, not to destroy, or enslave us, not Guilty until proven innocent. We are off tract and believe you see that, made alot of progress, with bond laws, Law enforcement procedures constitution, and more just getting system to actually follow them, along with us making some more Changes, with that being said, we can make the difference not to to destroy the world and whats precious to us. To fix, correct, rise, help, enjoy, trust, believe, repair, love be kind and do onto other as we would onto us. By ending this we respectfully Thank you for the time to read this letter, and consider all thats it pertains. Writting this is hopefully ledgable.

One Nation under GOD with Liberty and Justice for all.
GOD BLESS the United ate's of "America"

Respectfully Writting
BY: ALLEN D CARLYLE JR.

"Under Oath"                                    Febuary 1st 2020
                                                8:07 A.M.

Solomly swear By; ALLEN D. CARLYLE JR.: Auth./Rep./
1st day of Febuary 2020' give President of U.S. of America
Donald J. Trump permission to read, determine,
act or proceed on this subject matter, with GOOD FAITH
contacting at the time of doing so. We have spent
thousands of hours on this matter, trying to learn
V.S.S., V.C.O, Supream Court, Canon, Trust, & local, Rules
pascceedures and laws. With it being of alot of complex
knowledge it's not something you can learn over—
night, We exbalsted all resources we know and would
be most apprecitive to get help with subject matter
due to of inacial strain we are having at this
time, expecially due to this matter. We would like
legal guidance, speaker, and mediator if needed.
We would be greatful to be heard, to tell our
story in court and regain all that's lost, and
help with opinions, proclamations, and regards due
to correct, fix whats not working, so know one
has to experience what we have. Our hearts breaks
our children have been through so much and we
are helpless as it continues to happen. Senator Josh
Hawley can review, or anything that involves this matte
to act on this matter, which I know his familiar
w/ these counties, officals, officers, and areas. We are
praying faithfully believeing in God to allow this
matter, to come to a end, with our children, life, liber
and justice returned to our family. This is continueing
to take emotional toll on our family emotionally. We have
much more to say, that sums it op for now. We have alot mo
documents just in finecial strain to make and send copies on
this matter.
                                    Sincerly, I once

(Documents)

Papers were in four seperate sections by paper stating what, where, and why. Have all, more, original documents that pertain to this matter. We are having trouble with court getting discovery (or litigation (law suit matter) due to court not providing them so eve was Petitioner court to make declaration, enter motions to do so on this matter and law enforcement saying there isn't police (incident) reports, body cams, tazzer lo not has it been acknowledged of even happening all, until We filed phisical evidence in court With them giving me hard time about it.

Please feel free to contact us at any time.

Auth
Rep.  /             Thanks

UNITED STATES DISTRIC COURT (St. Louis)
EASTERN DISTRIC OF MISSOURI
HON. RODNEY W. SIPPEL, CHEIF JUDGE
GREGORY J. LIN HARES, CLERK OF COURT
FAX # : (314) 244 - 7909

"Civil Complaint"
PRO SE
Filing waiving fees as (Poor Person)

We have attached Affidavit of truth along with COL Form
and other documents. Having trouble getting rest of discovery
from courts as explained in affidavit, we are dueing whats
nessicary to retrieve them all. We with respect to the U.S.
Distric Court of Eastern Missouri, our family is honored to be
heard with respect to our filing of suit against parties, Juvenile
Scott and Mississippi Counties (Missouri), Children's Division and
Support Division of Missouri, law enforcement, Mississippi County Sheriffs
Department, East Prairie City Police administration, and any
other officials, employees, or staff involved with our families
Deprivation of Rights under color of law. Children's Division
concerning Megan Smith, Katie Frey, Rita Spence, Spring Cook,
along with others not sure of names due to lack of discovery.
Sheriff Britton Ferrell, Officer Josh Malenado, Officer Roy
Moore, and two unknown officers, from Mississippi County
Sheriffs Department, East Prairie Cheif Police Mark Higgins,
and officer Copeland, Juvenile Officers, Phillip Warren, Chris
Stanfeild, Elizabeth Roberts, and attorney's Dan Norton of
Juvenile office. With respect to our family not knowing
all names and other information due to lack of discovery
with respect to U.S. Courts would be greatful to take this
complaint with seriousness and acceptance to file this such
matter, through U.S. Courts regarding our family. Mostly
everything that has been missed during writting this Complaint
should be in Affidavit attached or can be answered.
We also have tazzer packets that was left behind at
our home due to incident. They our (Mississippi County)

and (East Prairie City Police) saying (there is no Police)
incident report, body cams, or tazzer logs. We have used
all resources availible we know of, and with respect
would be greatful to allow us to self represent our
family. Thanks for having the time and consideration
to read and upon prayer file this complaint for our
family.

Contact info: ALLEN D. CARLYLE JR.
312 N. Center St Apt 4
East Prairie, MO. 63845

cell and wifi #'s! (573) 703-7094
(573) 203-5337

E-mail @
mistycarlyle31@gmail.com

Respectfully
Submitting

Complaint,

A.R.

HON. RODNEY W. SIPPEL, CHIEF JUDGE
GREGORY J. LINHARES, CLERK OF COURT
Fax: (314) 244-7909

his Civil Complaint,
Ifdavid, Warrant
all 19 pages our
and to be notorized.
12/19/19 on Right of this
paper;

"Civil Complaint"
Filing waiving fees as (Poor Person)

We have attached Affidavit of truth along w/ COL FORM
and other documents. Having trouble getting rest of discovery
from courts as explained in affidavit, we are duing
whats nessicary to retrieve them all. WE with respect
to the U.S. DISTRIC COURT of EASTERN MISSOURI, OUR
Family is honored to be heard w/ respect to our
filing of suit agarst parties, Juvenile Scott & Mississippi
Counties, Childrens Division, + Support Divison of Missouri,
Law enforcement, Mississippi County Sheriffs Department,
East Prairie City Police administration, and any
other officials, employees, or staff involved w/ our fam
Deprivation of rights under color of law. Childrens D
concerning Megan Smith, Katie Frey, Rita Spence, Spring Coo
along with others not sure of names due to lack of discovery
Sheriff Britton Ferrell, Office Josh Mulenado, Officer Roy Moor
and two unknown officers, from Mississippi county Sheriffs
Department, East Prairie Cheif Police Mark Higgins, and
Officer Copeland, Juvenile Officers, Phillip Warren
Chris Stanfeild, Elizabeth Roberts, and attorney's Dan
Norton of Juvenile office. With respect to our family
not knowing all names and other information due to
lack of discovery w/ respect to U.S. Courts
would be greatful to take this Complaint w/ serriousnes
and acceptance to file this such matter, through
U.S. Courts regarding our family. Mostly everything
that has been missed during writting this

due to incident. They our (Mississippi County) and (East Prairie City Police) saying there is no police incident report, body cams, or tazzer logs. We have used all resources availible we know of, and with respect would be greatful to allow us to self reprent our family. Thank for having the time and consideration to read and upon prayer file this complaint for our family.

Contact INFO: 312 N. CENTERST
East Prairie, Mo. 63845
#(573) 703-9094
(573) 203-5337.
or
EMAIL
mistycarlyle3@gmail.com

Respecfully Submitting
Complaint,

BY: ALLEN CARLYLE JR A.R
Allen D Carlyle Jr. BENIFICARY
and

R.A. MISTY CARLYLE
Misty Carlyle BENIFI

Subscribed and Sworn to
before me this 19th day of December,
2019.

MARY ANNE MAINORD
Notary Public - Notary Seal
State of Missouri
Commissioned for Mississippi County
My Commission Expires: May 14, 2021
Commission Number: 13456641

Mary Anne Mainord

MISTY CARLYLE BY: ALLEN O. CARLYLE

MISTY CARLYLE AND

CHANCE LOGAN CRAWFORD, DESTIN ALLEN CARLYLE
AND
ALLEN CARLYLE III

**FILED**

DEC 20 2019

CIRCUIT COURT
MISSISSIPPI COUNTY, MO

"AFFIDAVIT"
OF
TRUTH

Before me, the undersigned authority, personally appeared ALLEN CARLYLE JR: A.R.-Bd...
BENIFICARY: ALLEN CARLYLE JR...
by me duly sworn, deposed as follows:

My name is ALLEN CARLYLE JR: A.R.-Blc.G.f.J.: BENIFICARY: ALLEN CARLYLE JR;
I am of sound mind, capable of making this affidavit, and personally acquainted
with the facts herein stated: MAKE A "SPECIAL APPEARANCE" / CHALLENGING JURISDICTION"

Attached to this Affidavit is a COL FORM NOTICE AND WARNING
FORM STATING FEDERAL LAWS THAT APPLY TO EVERYONE THAT CITZEN OR OTHERWISE
APPLYS TO, TO ACT UNDER THE COLOR OF LAW 18 U.S.C. § 242 ; 18 U.S.C. § 245, AND
42 U.S.C. § 1983 Violation Warning, Denial of Rights Under Color of Law. That said
WE respectfully ask you to consider this form and seriousness of its contents. In Aug 7th
between hours of 2:00 pm 3:00 o'clock p.m. Children's Division Came to my home at
312 N. Center St. Aot 4 East Prairie, MO., when entered "our" home was three
women, not able to communicate well on what they were exactly there for,
idn't want voluntary services at that point then "You" stated "I'll take your kids
nd nothing you can do about it," at that point WE was upset and told them
traight forward get out of my house now. At this time they proceeded to
tay outside my residence, at that time, letting law enforcement Officer Copland
ast Prairie City police officer enter my residence two more times on what they
aid was well-being check, basically in "my opinion" not having any thing to have
s present as evidence to move forward, spitefully figured out how to get temporiz
xecutive custody of kids so proceeded with Juvinile Office to have hearing which WE
ware was after court hours, because officer Copland came to door to say but
1ot present me court order to take children into custody, which was approvitmentg
30 p.m. Around 10:45 they asked if they could take children and with no papers—
showed to me, WE locked doors and said upon Search Warrant or papers
own to me I'll and consider doing so, but guess they'll hald to decide there—
lves. Around 11:45 or midnight 6 officers forced entry in my home,
hile all of my family resided upstairs they was streaming search warrant
unning up the stair, WE came out of bedroom toward cat walk were I
beyed orders to get on knees hands up, upon doing that two officers began
eezing me deploying tazzes, and other two tried phisicaly making me layed own
re in consideration that I'm 6' 1 1/2" tall when leaving both bedroms entranc
fore getting to catwalk is 3 x 4'.

other mean to get me down, our family was terrified, children screaming don't, checking on our dad, wife was crying, all at the same time the other two officers by end of stairs (Chief of Police) East Prairie, Missouri 63845 Mark Higgins and bedroom door (Sheriff Deputy) Roy Moore. Two of the officers are unknown to i and the one that was engaging most was Josh Malonado, and only can nify other one that was dry tazzing me and phisically trying to take me down ith other two unknown officers. During this our children was ft. away from eing hit with tazzer prongs while officers Copland East Prairie officer ntain family in bedroom. As they ran outta tazzer cartridges they seemed the more less violent I allowed them to cuff me once i seen the eat for most part was gone. As they were getting me up to walk out of residence wn stairs to front door they pulled tazzer prongs outta me while watching one swn rolling up wires. Ambalance did evauleute me, and had to remove me exisiting prong. Cheif Polica Mark Higgins informed me it was true to go sr IE didn't ride in ambulance. He gave me Heuring papers from what seemed be a random heuring filed out with name and info filed in. Also application r warrant and were it was electronically filed for 10:54 p.m. Fo the sest of my knowledge, WE slowly seem to see the mental and phisical effects rom this and such disgrace and the professionalism of all the authorities involved t of witnesses around the residence where WE preside WE mostly think of the effect on the children were and outlook they must have on the ole situation, OUR family has been illegally search seized, misconduct, excessive ce post-trama stress, wrongful removal, and detainment of children, hed upon, suffey being striped away, lack of confidence in authority, and everything to that makes it un-moral, disegrace to the county, state, U.S. and erully speaking. This matter will not be resolved until WE find justice our family. Which WE beleive is everything that was lost, taken, damaged as direct effect from this incident on August 7th into early morning 8th. ?. DAmages for harm and injury, pain suffering, children's trama due to this cation, cognitive damage on our family our children, fear and saffey of being harmed a deities, uphold standards of office, exessive force, wrongful removal of kids, 's due to excution of a warrant, and on and on ect...! WE RE seeking insurance bonds of all officers including sheriff, and along with ather offica (or employee) in there duties that may have or tried to intend to or prolong me on this sit... tion to uphold my rights. WE have also complai... w/ ...

I DEMAND IMMEIATE RETURN OF OUR FAMILYS "PROPERTY": DEFINED within "72 hours"
3 Juvenile childeren Chance Logan Crawford DOB: 11/13/07, Destin Allen Carlyle DOB: 03/08/16, Allen Dale Carlyle III DOB: 2/25/19. "AND IMMEIATE RETURN OF ALL INCOME OR FINACIAL LOSS DURING THIS PROCESS. WANT IT TO BE KNOWN I/WE WANT ALL DOCUMENTS THAT PERTAIN TO THIS MATTER, INCIDENT OR PERSON(S) THAT NAME's OUR STATED THROUGHOUT THIS affidavit. DUE TO THE FAMILY (OUR) HAVING BURDEN OF PROOF that anything done along this process was recorded, typed, and filed effectivly, timely and accuratly. So when I need records for any reason to prove otherwise, or for whatever other reason WE'RE in possesion of those papers, facts, and doecuments. WE would most of all appreciate any cooraperation with whomever this may concern in furture, and a written response to this matter by all it may concern department, division, or county. This matter / situation is very senative / important for and to OUR family and would greatful for any reassurance of saftry to us all. We (family) are just trying to uphold our rights as citizens, living ngs (man and women) and moral / values, along with our safety and security of us all. Before I finish I want to state this is for the best in trest of children / to seek return and justice for all. Also state that I'm living man and takes or errors are possible along with matters or material that may be forgot or left out or remembered, but to add that  all of This affidavit is true to best of OUR knowledge and ability to state it as facts. I/WE've been very hard at work for our family for justice and to get everything taken morally / values sically, or mentally back to us to best of my ability, further statement will be answered upon request, if I feel my contituional rights our not being violated. If any other compensation one victims" "Federal Reserve" or any other insurance or bond taking out gained through this process be made aware of and returned to whom it belongs.

AR: _____

Allen D. Carlyle Jr. Affiant

Division II Mississippi County 33ᵈ Circuit Court
200 N. Main St. Charleston, Missouri: 63834
Hon. S. Rob Barker

Date: December, 18, 20__

Case #'s: 19M1-JU00023
19M1-JU00024
19M1-JU00025

19M1-JR00023
19M1-JR00024
19M1-JR-00025

## "Affidavit"

Before me, the undersigned authority, personally appeared ALLEN D. CARLYLE JR.: A.R. /Allen D.G.S. Jr. ~~by me duly~~ by me duly sworn, deposed as follows: My name is ALLEN D. CARLYLE JR. A.R. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated: Make a special appearance "Challenging Jurisdiction."

Attached to the Affidavit is a COL Form Notice and Warning form stating Federal Laws that apply to everyone that citizen or otherwise applys to, to act under the color of law; 18 V.S.C. § 2__, 18 U.S.C. § 245; and 42 V.S.C. § 1983 Violation Warning, Denial of Right under color of Law. That said we respectfully ask you to consider this form and seriousness of it's contents. On 7ᵗʰ day of August 2019, between hours of 2:00pm and 3:00pm, Childrens Division came to our home at 312 N. Center St. Apt. 4 East Prairie, Missouri 63845, when entered our home was three women, not able to communicate well on what they exactly there for, didn't want voluntary services at that point. We was upset and told them straight forward to "leave" get out of our home now. At this time they proceeded to stay outside my residence, at that time, letting law enforcement officer Copland East Prairie City Police Officer, enter my residence two more times on what they said was well-being check, basically in my "opinion" not having anything to have to present as evidence to move forward, speitfully figured out how to get temorary protective electronically filed between 9 and 10 pm custody of children, so proceeded with Juvenille office to have hearing which we are sure was after court hours, because Officer Copland came to the door to say that not present me court order to take children into custody, which was appoyitmially, 9:30 a.m.

Around 10:45pm they asked if they could take children and without no papers showed to us, I'll consider doing so, but guess they'll half to decide thereselves. Around 11:45pm or Midnight 6 officers forced entry in our home while all our family resided upstairs officers were screaming search warrant running up the stairs, we came out of bedroom toward cat walk were I obeyed orders to get on knees hands up, upon during that two officers began tazzing me deploying tazzers, and other two tried phsically making me lay down, take in consideration, that I'm 6'1½" tall when leaving both bedrooms entrance before getting to catwalk is only 3'x4'. Not being able to lye down due to size they persisted I was resisting and while all four continued to phsically attack us, one dry tazzing me and one deploying maltiple cartridges to me, while other two was physically taking me down, due to number of officers. We tried to maintain ground but not sesisting due to excessive force and how many officers, and how they betrayed to be, we was in fear for our lives, families." Upon deploying multiple tazzers, punching, chocking and other means to get me down, our families was terrified, children screaming don't kill our Dad, wife was crying, all at the same time the other two officers stood by end of stairs (Cheif of Police East Prairie, Missouri 63845 Mark Higgins and by bedroom door (Sheiff Depputy) Roy Moore. Two of the officers are un known to us and the one engaging most was Josh Malenado, and only can identify other one that was dry tazzing me and physically trying to take us down with other two officers. During this our children was feet away from being hit with tazzer pronges while Officers Copland East Prairie Officer maintain family in bedroom. As they ran outta of tazzer cartridges they seemed little more less violent I allowed them to cuff me once we seen the threat for most part was gone. As they was getting me up to walk out of residence down stairs to front door they pulled tazzer prongs outta me while walking me down rolling up wires.

Ambulance did evaluate me, and had to remove one existing prong. Chief Police Mark Higgins informed me we was free to go so we didn't ride in ambulance. He gave me hearing papers from what seemed to be a random hearing filed out with name and info filed in. Also application for warrant and were it was electronically filed for 10:54pm to best of my knowledge. We slowly seem to see the mental and phsical effects from this and such disgrace and lack of profession lism of all the authorities involved. Alot of witness around the residence where we preside. We mostly think of how the effect on the childeren were and outlook they must have on the whole situation, Our family has been illegally search seized, misconduct excessive force, Post tramatic stress, wrongful removal, and detainment of childeren, intruded upon, safety being stripped away, lack of confidence in authority, and everything else that makes it un-moral, disgrace to the county, state, u.s., and generally speaking. This matter will not be resolved until we find justice for our family. Which we believe is everything that was lost, taken damaged or direct effect from this incident on 7th day of August into early morning on the 8th day of August 2019. Damages for harm and injury, pain suffering, children's trama due to this situation, cognetive damages on our family (childeren), fear and safty of being harmed in process of taking action, Noone compliance with caiy law en forcement on duing duties, uphold standards of office, excessive force, wrongful removal of children, forced entry, illegaly due to Juvenille children, being involved along with alot other factors due to excution of warrant, and on and on ect. We're seeking the performance bonds of all officersy including sheriff, along with any other official / or employee in their duties that may or tried to interd to interfear or prolong me on this matter to uphold my rights. We have also filed complaints with many offices of state and Federal U. We Lawfully Demand immediate return of family's property within 72hrs. Difined as 3 Juvenile childeren, Chance Logan Crawford DOB: 11/13/07, Destin Allen Carlyle DOB: 03/08/2016, Allen Dale Carlyle DOB: 02/25/2019. "And immediate return of all income or finacial Durring this process.

Want ... show the ... of all ... documents that pertain to this matter, incident or person(s) that name are stated throughout this affidavit. Due to the family (our) having burden of proof that anything done along this process was recorded, typed, and filled/entered effectivly, timely, and accuratly. So when I need records for any reasons to provide otherwis or for whatever reason. We're in possesion of those papers, facts, and documents. We would most of all appricate any coraperation, with whomever this may concern in furture, and written response to this matter by all it may concern by department, division, or county. This matter/situation is very sencitive/important for and to our family and would be gratful for any reassurance of saftey to all of us all. We (family) are just trying to uphold our rights as citizens, living beings (man and women) and morals/vaules, along with our saftey and security of us all. Also state that living man and women, mistakes or errors are possible along with matter or material that may be forgot or left out or remembered, but to add that all of this affidavit is true to bect of our ability. Any further statement will be answered upon request if I (our) feal my constitutional rights are not being violated. If any other compensation "crime vicitims" "federal Reserve" or any other incurance or bonds taking out or gained through this matter process be made aware of/ and returned to whom it belongs.

A.R.

ALLEN D. CARLYLE JR,

Affiant

```
==============================================
                    BENTON
              112 S WINCHESTER
           BENTON, MO 63736-9998
                 280552-0042
                 (800)275-8777
              01/17/2020 11:41 AM
==============================================
==============================================
==============================================

Product          Qty   Unit    Price
                       Price
----------------------------------------------
Lobby Services Rev                     $4.60
Utl Mlr 10.5"x16"  1    $1.19          $1.19
First-Class Mail®  1    $1.75          $1.75
Large Envelope
    (Domestic)
    (BENTON, MO  63736)
    (Weight:0 Lb 5.30 Oz)
Certified                              $3.50
    (USPS Certified Mail #)
    (70190700000101451626)
Return Receipt                         $2.80
    (USPS Return Receipt #)
    (9590940251679122619111)
----------------------------------------------
Total:                                $13.84
----------------------------------------------

Cash                                  $20.00
Change                                ($6.16)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

          Preview your Mail
       ..ck your Packages
       Sign up for FREE @
       www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.

     HELP US SERVE YOU BETTER

    TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

            Go to:
    https://postalexperience.com/Pos

   840-5640-0046-001-00020-64423-02

      or scan this code with
        your mobile device:
```



```
       or call 1-800-410-7420.

        YOUR OPINION COUNTS
```



Receipt #: 840-56400046-1-2064423-2
Clerk: 05

August 7th into 8th 2019 ·     ALLEN DALE CARLYLE JR.
                               MISTY DAWN CARLYLE

Deployed tazzer cartridges that was
used during forced entry / while I was
on knees w/ hands up. Endangering
children / along with   emotional trama

om being                    Case #'s 19MI-JU00023
errified saying                 MMI-J000024
nit kill                        19MI-JU00035
y Dad!
                                19MI-JR00023
                                19MI-JR00034
                                19MI-JR00035

                            IV°E Case #5
                            II°D   71746246
                                   31742929

CHILDREN: DOB: 11/13/07 : CHANCE LOGAN CRAWFORD
          DOB: 13/08/16 : DESTIN ALLEN CARLYLE
          DOB: 02/28/19 : ALLEN DALE CARLYLE III

The property, article, material, substance or person to be searched for and seized is described as follows:

312 North Center Street Apartment 4 multiple story building with brown brick. The front door sets facing the North with no rear exit. The house is marked with the numbers 312 on the front of the residence with the number 4 on the apartment entrance.

**8/7/2019**
Date/Time            **22:54**

_S. Rol Barker_
Judge Signature

This warrant is issued by: ☐hard copy  ☐fax  ☒other electronic means:

## IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, MISSOURI

| **Judge or Division**<br>**Sam R. Barker** | **Case Number:** | |
|---|---|---|
| **Affiant:**<br>**Chief Mark Higgins** | | |

## AFFIDAVIT AND APPLICATION FOR SEARCH WARRANT

I am a:    ☒Peace Officer         ☐Prosecuting Attorney

I am submitting this application by: ☐hard copy ☐fax☒other electronic means:

Being duly sworn and pursuant to Section 579.015, RSMO I state upon information and belief the following:

**Describe the facts and/or attach affidavit showing probable cause.**

On Wednesday 08/07/2019 Children's Division obtain a court order to take custody of the Three juvenile that reside at 312 North Center Apartment 4. Officers Coplin made contact with the male of the residence who is the father of the children in which the order was signed on for removal of the juveniles. Officers and Children Division workers physically saw a male (father), a female (mother), and three juvenile children in the residence prior to having the signed orders in hand. Officer Coplin is presently at the residence ensuring that no parties leave the residence.

Once the order was signed, I retrieved the documents and transported them to 312 N Center apartment 4, Upon knocking on the door the male inside told Law Enforcement to go away unless we had a warrant. Officers instructed the male that there was a court order signed for the children but he still refused to open the door. I heard movement in the residence which sounded like he was moving items in front of the doorway that would prevent easy access.

The male also had stated that he would fight Law Enforcement we attempted to take his children from the residence. At this point he is not allowing access to the residence and it is believed that he may cause harm to Law Enforcement when we gain entry.

## IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, MISSOURI

| Judge or Division<br>Sam R. Barker | Case Number:<br>2019-0490 | |
|---|---|---|
| Name and Title of Person Making Application:<br>Chief Mark Higgins | | DATE FILE STAMP |

# Search Warrant

**State of Missouri to any Peace Officer in Missouri:**

Based on information provided in a verified application/affidavit, the Court finds probable cause to warrant a search for and/or seizure of the following:

☐Property, article, material or substance that constitutes evidence of the commission of a crime;

☐Property that has been stolen or acquired in any manner declared an offense;

☒Property for which possession is an offense under the laws of this state;

☐Any person for whom a valid felony arrest warrant is outstanding;

☐Deceased human fetus, corpse, or part thereof;

☒Other (Specify – See RSMO 579.015) Click here to enter text.

**You are commanded to search, seize, and photograph or copy, as applicable, the person, place, or thing described below. Photographs or copies of the seized property, article, materials, substance, or person shall be filed with the Court within 10 days. The person, place or thing to be searched is described as follows:**

Juvenile children described as:

A.C.
DOB: 02/25/2019
M/W

C.C
DOB: 11/13/2007
M/W

D.C.
DOB: 03/08/2016
M/W

**Property to be seized. (Describe in detail the property, article, material, substance, or person to be searched for and seized.)**

Juvenile children described as:

A.C.
DOB: 02/25/2019
M/W

C.C
DOB: 11/13/2007
M/W

D.C.
DOB: 03/08/2016
M/W

Based on this information, I request that the court issue a Search Warrant as provided by law:

_____
Applicant

Subscribed and sworn to before me on this _____08/07/2019_____
                                             Date

_____
Person Authorized to Administer Oaths/**Judge**

_____        _____
Date and Time of Application       Prosecuting Attorney, Mississippi County

**Describe in detail the person, place or thing to be searched.**

312 North Center Apartment 4
East Prairie, MO 63845

312 North Center Street Apartment 4 multiple story building with brown brick. The front door sets facing the North with no rear exit. The house is marked with the numbers 312 on the front of the residence with the number 4 on the apartment entrance.

# WALSH LAW FIRM, LLC

ATTORNEY AT LAW
635 N MAIN STREET
POPLAR BLUFF, MISSOURI 63901



STEPHEN E. WALSH
SWALSH@WALSH-FIRM.COM

(573) 712-2909
TELEPHONE
(573) 712-2912
FAX

January 9, 2020

Mr. and Mrs. Allen Carlyle
312 North Center Apt 4
East Prairie MO  63845

In re:        Possible Lawsuit

Dear Mr. and Mrs. Carlyle:

I was saddened to hear the story regarding your children, juvenile court and the
excessive force leveled on Allen. As I told you in my office, I do not practice in Juvenile
Courts. I do file lawsuits against bad law enforcement officers if there is solid proof of a
Civil Rights Violation (excessive force) and if there are significant damages (serious
injury or death). As I explained in my office, you are very, very lucky that you were not
seriously injured and that you did not die as a result of being tased multiple times.
There is a statute of limitations on your claim and I would encourage you to see another
lawyer/law firm within the next thirty (30) days for representation. One attorney that
is in my trial college is Anthony Laramore and his email and phone number are as
follows:

agl.laramorelaw.com
314-808-6157

Best regards,

Stephen E. Walsh
SEW/bjk

 **Legal Services of Southern Missouri** 
**809 N Campbell Ave**
**Springfield, MO 65802**
**Phone 417 881-1397  Fax 881-2159**
EMail info@LSOSM.ORG  Website www.LSOSM.org  1-800-444-4863

Monday, November 4, 2019

Mr. Allen  Carlyle Jr.
312 N. Center St Apt 4
East Prairie, MO  63845

RE: Neglected/Abused/Depend.

Dear Mr. Carlyle.

Legal Services of Southern Missouri has limited resources. Unfortunately, we are unable to accept your application at this time due to those limited resources.

Even though Legal Services of Southern Missouri has not accepted your application for assistance, this does not necessarily mean that your case does not have merit.  You may consult a private attorney, at your cost, if you wish to pursue this matter.  You should do so immediately.  Certain statutes of limitation or pleading deadlines may be applicable to your case.  Failure to meet these deadlines could result in the loss of your legal rights.

If you believe you have been denied legal assistance incorrectly, you may appeal.  Your appeal must be in writing and mailed to:  Attn: APPEAL, c/o Legal Services of Southern Missouri, at the address above, within 30 days from the date of this letter.  Please do not call: the staff will not discuss your case over the phone.

Management Team
Legal Services of Southern Missouri



**Legal Services of Southern Missouri**  **LSC**
2201 E Malone, Ste A
Sikeston, MO 63801
Phone 800 444-4863  Fax
EMail info@LSOSM.ORG  Website www.LSOSM.org  Fax: 877-686-9367

Wednesday, September 11, 2019

Mr. Allen Carlyle Jr
312 North Center Street, Apt 4
East Prairie, MO  63845

RE: Other Juvenile

Dear Mr. Carlyle,

The application for legal assistance that you submitted to Legal Services of Southern Missouri has been reviewed.  Your application cannot be accepted for the assistance you requested because Legal Services of Southern Missouri has very limited funding; therefore, we cannot accept certain types of cases for assistance.  The problem you described in your application is not a matter we can assist you with at this time.

Even though Legal Services of Southern Missouri has not accepted your application for assistance, this does not necessarily mean that your case does not have merit.  You may consult a private attorney, at your cost, if you wish to pursue this matter.  You should do so immediately.  Certain statutes of limitation or pleading deadlines may be applicable to your case.  Failure to meet these deadlines could result in the loss of your legal rights.

If you believe you have been denied legal assistance incorrectly, you may appeal.  Your appeal must be in writing and mailed to: Attn: APPEAL, c/o Legal Services of Southern Missouri, at the address above, within 30 days from the date of this letter.  Please do not call: the staff will not discuss your case over the phone.

Sincerely,


Lew Polivick
Deputy Director



**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Office for Civil Rights**

Midwest Region ● 233 N. Michigan Ave.
Suite 240 ● Chicago, IL 60601
Voice - (312) 353-8101 ● TDD – (800) 537-7697
Fax - (312) 886-1807 ● http://www.hhs.gov/ocr

January 28, 2020

Allen Carlyle
312 North Center Street, Apt. 4
East Prairie, MO 63845

OCR Reference Number: 20-365876

Dear Mr. Allen Carlyle:

Thank you for your correspondence to the U.S. Department of Health and
Human Services (HHS), Office for Civil Rights (OCR) received on November
26, 2019. In your complaint, you allege that the juvenile division and Child
Protective Services in Scott County and Mississippi County Missouri, and the
Missouri 33rd Judicial Circuit Court discriminated against you on the basis of
disability and other legal rights.

OCR enforces federal civil rights laws which prohibit discrimination in the
delivery of health and human services based on race, color, national origin,
disability, age, sex, religion, and the exercise of conscience, and also
enforces the Health Insurance Portability and Accountability Act (HIPAA)
Privacy, Security and Breach Notification Rules.

Based upon review of your correspondence, we have determined that you
allegation did not establish a sufficient connection between a protected basis
(disability) and the alleged adverse actions.  Additionally, OCR does not have
jurisdiction over the subject matter.  The issues you raised in your complaint
are not handled by OCR.  Therefore, OCR will be closing your compliant as of
the date of this letter and will take no further action.

**RETURN THIS LOWER PORTION FOR OUR RECORDS**

**Attn: SARA/210**
**Administrative Hearings Section**
**PO BOX 1527**
**JEFFERSON CITY MO  65102**
**(573) 526-3518**

**RE: MISSISSIPPI CO CD v. MISTY DAWN CARLYLE**
**Hearing No.: 27479-AP-FY20**
**IV-D Case No.: 31742929**
  (3/3/2020 at 8:30AM central time)

Please mark the appropriate block(s) and return this lower portion of the notice to the above address **at least five days prior to hearing**.

I will participate in the hearing by way of **telephone conference call**.  Please call me at

the following phone number:  Area Code ⬛⬛⬛ ⬛⬛⬛ - ⬛⬛⬛⬛

⬛ mobile/cell  _____ home  _____ work  ⬛ Message/other.

(__) I am the party who requested the hearing and I hereby withdraw my request for a hearing.

( ✓ ) I am enclosing documents to be considered at the hearing. It is my responsibility to provide copies of these documents to all parties.

*If you require special accommodations pursuant to the provisions of the federal Americans with Disabilities Act or cannot participate by telephone, please notify our office within five days before the hearing.*

Cease & Desist! Nunc pro Tunc!
NO CONTRACT! DO NOT Consent!
           Entering
cc:   File                         Documents
      UNKNOWN OR NONE
      UNKNOWN OR NONE
      UNKNOWN OR NONE
      UNKNOWN OR NONE

BY: Misty D. CARLYLE.
Print Name
Rep. Misty Earlyk
Signature                    (Date)

## RETURN THIS LOWER PORTION FOR OUR RECORDS

**Attn: SARA/210**
**Administrative Hearings Section**
**PO BOX 1527**
**JEFFERSON CITY MO  65102**
**(573) 526-3518**

**RE: MISSISSIPPI CO CD v. ALLEN D CARLYLE JR**
    **Hearing No.: 27478-AP-FY20**
    **IV-D Case No.: 71746246**
    (3/3/2020 at 8:30AM central time)

Please mark the appropriate block(s) and return this lower portion of the notice to the above address **at least five days prior to hearing**.

(__) I will participate in the hearing by way of **telephone conference call**. Please call me at

    the following phone number:  Area Code (_____) _____ - _____.

    _____ mobile/cell _____ home _____ work _____ Message/other.

(__) I am the party who requested the hearing and I hereby withdraw my request for a hearing.

(__) I am enclosing documents to be considered at the hearing. It's my responsibility to provide copies of these documents to all parties.

*If you require special accommodations pursuant to the provisions of the federal Americans with Disabilities Act or cannot participate by telephone, please notify our office within five days before the hearing.*

cc:  File
    UNKNOWN OR NONE
    UNKNOWN OR NONE
    UNKNOWN OR NONE
    UNKNOWN OR NONE